## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on April 5, 2023, she served a copy of the **DEFENDANTS' MOTION FOR DISMISSAL POINTS AND AUTHORITIES and DECLARATION** by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee:

**Aiai Qi**
**7793 Finnhorse Way**
**Sacramento, CA 95825**

PHILLIP A. TALBERT
United States Attorney

/s/ E. Price
E. Price